UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 Pleasant Street, Room 110
Concord, New Hampshire 03301-3941

# NOTICE OF ASSIGNMENT
# TO UNITED STATES MAGISTRATE JUDGE

Pursuant to Local Rule 73.1(b)(2), this civil case has been randomly assigned to United States Magistrate Judge James R. Muirhead for all purposes including trial. According to Local Rule 73.1(b)(2)(B), a party may object to this assignment by conventionally filing an objection, with certificate of service on all other parties, within twenty (21) days after receiving notice of this initial assignment. <u>Please note that any objection to the assignment of the Magistrate Judge must be filed in paper format and not electronically through CM/ECF.</u> AP 3.2(f). A party may object without adverse substantive consequences. The failure of a party to file an objection constitutes a waiver of the party's right to object to the assignment.

An appeal from a judgment entered by the magistrate judge shall be taken directly to the United States Court of Appeals for the First Circuit in the same manner as an appeal from any other judgment of a district court.

**NOTE:** The plaintiff shall immediately serve a copy of this notice and assignment form upon all other parties that are served pursuant to Rules 4 and 5, Federal Rules of Civil Procedure.

JAMES R. STARR, Clerk of Court

USDCNH-54 (12-09)(PREVIOUS EDITIONS OBSOLETE)