UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MILES BRADY, by and through his guardian LISA BRADY<br>      Plaintiff<br>v.<br><br>OYSTER RIVER COOPERATIVE SCHOOL DISTRICT, SAU #5<br>      Defendant | Civil Action No. 1:10-cv-00173-LM |

**NOTICE OF VOLUNTARY WITHDRAWAL AND DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**

NOW COMES Plaintiff Miles Brady, by and through his guardian, Lisa Brady, by her attorneys, The Disabilities Rights Center, Inc., and notifies this Honorable Court of the withdrawal and dismissal with prejudice of claims against Defendant Oyster River Cooperative School District, SAU #5 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In support of this notice, Plaintiff states as follows:

The plaintiff, by his respective undersigned counsel and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notifies the Court that the above-captioned action by the plaintiff against the defendant is withdrawn based upon settlement and is dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

          Respectfully submitted,

          Miles Brady, by his guardian,
          Lisa Brady

          By her attorneys,
          Disabilities Rights Center, Inc.

Dated: June 3, 2010          /s/   Karen L. Rosenberg_____
                                       Karen L. Rosenberg, Esq.
                                       NH Bar No. 5639
                                       Disabilities Rights Center, Inc.
                                       18 Low Avenue
                                       Concord, NH  03301
                                       (603) 228-0432
                                       KarenR@drcnh.org

CERTIFICATE OF SERVICE

      I hereby certify that the within Notice of Voluntary Withdrawal and Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) filed through ECF system has been served electronically to Melissa Cilley, Esq, Attorney for the defendant, at mcilley@dwmlaw.com on June 3, 2010.

      /s/Karen L. Rosenberg
Karen L. Rosenberg
NH Bar No. 5639
Disabilities Rights Center, Inc.
18 Low Avenue
Concord, NH  03301
(603) 228-0432
KarenR@drcnh.org