UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ORDER ON REASSIGNMENT OF CASES          ADM-1
TO HON. LANDYA B. McCAFFERTY            ORDER 10-3

## O R D E R

As a result of the retirement of the Honorable James R. Muirhead as a Magistrate Judge in this judicial district, the attached cases shall be reassigned to his successor, the Honorable Landya B. McCafferty, effective June 1, 2010.  Pursuant to Local Rule 73.1(b)(2)(B), a party may object to this reassignment by conventionally filing an objection, with certificate of service on all other parties, within twenty (21) days of the effective date of this order.  Please note that any objection to the assignment of Magistrate Judge McCafferty must be filed in paper format and not electronically through CM/ECF.  AP 3.2(f).  A party may object without adverse substantive consequences.  The failure of a party to file an objection constitutes a waiver of the party's right to object to the reassignment.

SO ORDERED.

Dated:  May 27, 2010

_____
Steven J. McAuliffe
Chief Judge

## CASES REASSIGNED TO HON. LANDYA B. McCAFFERTY

| Case Number | Case Name |
|---|---|
| 06-cv-421 | USA v. 43 Mill Rd, Kingston, NH, et al. |
| 07-cv-398 | USA v. McElroy, et al |
| 08-cv-050 | Coldwell Banker Real Estate, LLC v. Brian Moses Realty, Inc., et al. |
| 08-cv-241 | Urological Surgery Professional Association et al. v. Fecteau Benefits Group, Inc., et al. |
| 09-cv-036 | Three Davis Boulevard LLC, et al. v .Butler Bank |
| 09-cv-078 | Collins v. University of New Hampshire, et al. |
| 09-cv-121 | Peerless Insurance Company, et al. v. Lennox International Inc., et al. |
| 09-cv-263 | Frank Music Corp., et al v. Hebert's Restaurant, Inc., et al. |
| 09-cv-290 | Northeastern Lumber Manufacturers Association v. Northern States Pallet Company, Inc., et al. |
| 09-cv-332 | USA v. Isaacson, et al. |
| 09-cv-337 | USA v. Citizens Bank Checking Account No. 3311521635, et al. |
| 09-cv-371 | BrandPartners Retail, Inc. v. Howe |
| 09-cv-376 | US Department of Labor, Secretary v. Media Solutions, Inc. |
| 09-cv-385 | Deutsche Bank National Trust Company v. Fadili, et al. |
| 09-cv-397 | USA v. Morrison, et al. |
| 09-cv-404 | Greenerd Press & Machine Company, Inc. v. JS International Shipping Corporation |
| 09-cv-447 | SBA Towers II, LLC v. Atkinson, Town of |
| 10-cv-008 | Briar Hydro Associates v. 57,037 Square Feet of Land |
| 10-cv-015 | Hoyt v. Cielinksi, et al. |
| 10-cv-025 | USA v. Dodge Ram 1500 2001 |
| 10-cv-029 | Maconi v. Carroll Street Auto LLC, et al. |
| 10-cv-050 | Randall v. Laconia, City of |
| 10-cv-065 | USA v. Radkay, et al. |
| 10-cv-075 | Adhesive Technologies, Inc. v. Isaberg Rapid AB |

| 10-cv-088 | Glynn v. Impact Science & Technology, Inc., et al. |
| --- | --- |
| 10-cv-089 | USA v. Garcia |
| 10-cv-106 | Tello, et al. v. First American Title Insurance Company |
| 10-cv-110 | Michnovez, et al. v. Blair, LLC |
| 10-cv-117 | Advanced Siding and Window Co., Inc., et al. v. Kenton |
| 10-cv-119 | USA v. Brabant |
| 10-cv-125 | USA v. New Ipswich, NH, 215 Fox Farm Road, et al. |
| 10-cv-128 | Fanjoy v. Howard Lee Schiff, PC |
| 10-cv-141 | Coach, Inc., et al. v. Gata Corporation, et al. |
| 10-cv-153 | Co-operative Insurance Companies v. Avon Products, Inc. |
| 10-cv-169 | Lewers v. Peebles, et al. |
| 10-cv-173 | Brady v. Oyster River School District, SAU #5 |
| 10-cv-186 | Considine, et al. v. York Insurance Company of Maine, et al. |
| 10-cv-187 | US Department of Labor, Secretary v. Eric C. Mitchell & Associates, Inc., et al. |
| 10-cv-190 | Groleau v. American Express Financial Advisors, Inc., et al. |
| 10-cv-192 | Neff v. James West P.C., et al. |
| 10-cv-195 | Wheeler v. NCC |
| 10-mc-010 | In re:  Louis Fladger |